IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IAN ROBINSON,                        )
                                     )
    Petitioner,                      )
                                     )
        v.                           )    Civil Action No. 05-583
                                     )    Chief Judge Ambrose
LOUIS FOLINO, *et al.*,              )    Magistrate Judge Caiazza
                                     )
    Respondents.                     )

## MEMORANDUM ORDER

Ian Robinson's Petition for Writ of Habeas Corpus was received by the Clerk of Court on May 4, 2005 and was referred to United States Magistrate Judge Francis X. Caiazza for Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation, filed on January 17, 2006, recommended that the Petition for Writ of Habeas Corpus filed by Ian Robinson be denied and that a Certificate of Appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on the Petitioner by First Class United States Mail and on Respondents. Objections were filed by the Petitioner on January 24, 2006. After *de novo* review of the pleadings and documents in the case, together with the Report and

Recommendation and objections thereto, the following order is entered:

AND NOW, this ___9th___ day of ___March___, 2006;

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is DENIED and that a Certificate of Appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, dated December 28, 2005, is adopted as the opinion of the court.

*/s/ Donetta W. Ambrose*
Donetta W. Ambrose
Chief U.S. District Court Judge

cc:
Francis X. Caiazza
U.S. Magistrate Judge

Ian Robinson CM-6451
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Ronald M. Wabby, Asst.D.A.